UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN LEROY LARSON, JR.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CLALLAM COUNTY MEDICAL, *et al*.,<br><br>　　　　　　　　Defendants. | Case No. C24-5435-JLR<br><br>ORDER DISMISSING ACTION |

　　　The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

　　　(1)　　The Report and Recommendation (Dkt. # 13) is approved and adopted.

　　　(2)　　Plaintiff's complaint (Dkt. # 5) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(ii).

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 10th day of December, 2024.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2